484 S.E.2d 461

**Charles GLADDEN, Petitioner,**

v.

**STATE of South Carolina, Respondent.**

**No. 24600.**

Supreme Court of South Carolina.

Submitted Feb. 20, 1997.

Filed April 14, 1997.

Lisa T. Gregory, Assistant Appellate Defender, South Carolina Office of Appellate Defense, Columbia, for petitioner.

Charles Molony Condon, Attorney General, John W. McIntosh, Deputy Attorney General, and Teresa Nesbitt Cosby, Assistant Deputy Attorney General, Columbia, for respondent.

ON WRIT OF CERTIORARI

PER CURIAM:

Reversed and remanded pursuant to Rule 220(b)(1), SCACR, and the following authority: *Clark v. State,* 321 S.C.

377, 468 S.E.2d 653 (1996) (rulings of PCR judge will not be upheld where no evidence exists to support them).

BURNETT, A.J., not participating.